UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW LINDSAY,
          Plaintiff(s),

v.

NORTH ATLANTIC TREATY ORGANIZATION,
          Defendant(s).

CASE NO. C23-0546-KKE

ORDER ON CLOSED CASE

This matter comes before the Court on Mr. Lindsay's February 20, 2024 motion for various forms of relief. Dkt. No. 22. On January 23, 2024, the Court dismissed this matter with prejudice and entered final judgment. Dkt. Nos. 17, 18. These documents were mailed to Mr. Lindsay but returned as undeliverable. Dkt. No. 19. Mr. Lindsay then updated his address and requested a "copy of 'all' transactions on the court docket regarding this case" filed after December 26, 2023. Dkt. No. 20. Mr. Lindsay also filed an addendum to his amended complaint. Dkt. No. 21.

The Court STRIKES Mr. Lindsay's pending motion as it was filed after this case was dismissed. Dkt. No. 22. The Court instructs the Clerk of Court to send a copy of the entire docket sheet, this Order, the Order of Dismissal (Dkt. No. 17), and the Judgment (Dkt. No.18) to Mr. Lindsay's updated address.

Dated this 27th day of February, 2024.

Kymberly K. Evanson
United States District Judge